# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cr-00151-MLB
## USA v. Lum
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 07/13/2026.

| | |
|---|---|
| TIME COURT COMMENCED: 10:15 A.M. | |
| TIME COURT CONCLUDED: 10:55 A.M. | COURT REPORTER: Jana Colter |
| TIME IN COURT: 00:40 | DEPUTY CLERK: Jessica Kelley |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Brady Lum Present at proceedings |
| ATTORNEY(S) PRESENT: | Nicholas Joy representing USA<br>Donald Samuel representing Brady Lum<br>** Amanda Clark Palmer representing Brady Lum |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Change of plea hearing held. Defendant pled guilty, pursuant to a plea agreement, to the sole count of the criminal information and the Court adjudged Defendant guilty. Defendant remains out of custody on the previously set conditions of bond. |
| HEARING STATUS: | Hearing Concluded |